**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARZALLAH MARTIN-DREW SINGLETON
EL BEY,

                      Plaintiff,

      -against-                                        24 **CIVIL 2208** (RA)

                                                            **JUDGMENT**

THE PEOPLE OF THE STATE OF NEW YORK,
                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 02, 2024, the Court dismisses Plaintiff's complaint as frivolous. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York
            May 03, 2024

                                                               **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                             **BY:**

                                                                  **Deputy Clerk**